UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2007 MAR 22  PM 3: 48
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:07-cr-00097-T-30TBM

MATTHEW BEVAN COX,
  a/k/a Alex Antioch,
  a/k/a Allen James Duncan,
  a/k/a James R. Colon,
  a/k/a Edward Ringer, Jr.,
  a/k/a Brandon Michael Green,
  a/k/a James Lee Redd,
  a/k/a Scott Braun,
  a/k/a Lee R. Black,
  a/k/a David White,
  a/k/a James Monk,
  a/k/a Maxwell Price,
  a/k/a David R. Freeman,

18 U.S.C. § 371

18 U.S.C. §§ 981(a)(1)(C) - Forfeiture
18 U.S.C. § 982(a)(2) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INFORMATION

The United States Attorney charges:

### COUNT ONE

#### A. The Conspiracy

1.    From in or about early 2002 through in or about December 2003, in the Middle District of Florida and elsewhere,

MATTHEW BEVAN COX,

defendant herein, did willfully, knowingly and unlawfully combine, conspire, confederate, and agree with others, known and unknown, to commit certain offenses against the United States, including the following:

(a) To knowingly execute and attempt to execute a scheme and artifice to defraud insured depository financial institutions, as defined in Title 18, United States Code, Section 20, by knowingly submitting and causing to be submitted materially false qualifying information and documentation and other fraudulent representations as to property valuation to obtain mortgage loans and other extensions of credit from banks, including First Commercial Bank of Tampa, Eastern Savings Bank, BankUnited FSB, AmSouth Bank, JP Morgan Chase Bank, Orchard Bank, SunTrust Bank, SouthTrust Bank, Union Planters Bank and Wells Fargo Bank, in violation of Title 18, United States Code, Section 1344.

(b) To devise a scheme and artifice to defraud mortgage and other lenders and title insurers, including Elite and Paradise Title Agencies, by making and causing to be made materially false and fraudulent representations, pretenses and promises to obtain money and property, causing interstate wire communications to be made in furtherance of said scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

(c) To knowingly, wilfully and with intent to deceive, use SSNs assigned by the SSA on the basis of false information and falsely represent and cause to be represented certain SSNs assigned to another person, including those assigned to minor children, for the purpose of obtaining things of value for the defendant and his co-conspirators such as fraudulently derived loan proceeds, bank accounts, mail drops, telephone service, drivers licenses and state identification cards and for other purposes, in violation of Title 42, United States Code, Sections 408(a)(7)(A) and (B).

(d) To commit identity theft by knowingly possessing, transferring and using and causing to be possessed, transferred and used, without lawful authority, means of identification of other persons, that is, the stolen names, social security numbers and/or dates of birth of others during and in relation to the federal felonies being the bank and wire fraud offenses described herein, to fraudulently obtain mortgage loans and other extensions of credit, in violation of Title 18, United States Code, Section 1028(a)(7).

(e) To knowingly possess with intent to use unlawfully or transfer unlawfully five or more identification documents (other than those issued lawfully for the use of the possessor) and false identification documents, in violation of Title 18, United States Code, Section 1028(a)(3).

## Manner and Means

2. It was a part of this conspiracy and the manner and means by which the conspiracy was sought to be accomplished for defendant MATTHEW BEVAN COX and his coconspirators:

(a) To obtain dozens of residential and commercial properties in the Tampa Heights, Ybor City and other older areas in and near Tampa, Florida at or about the true market value of said properties, with many of the properties acquired in the name of Urban Equity, Inc., where COX was Director of Acquisitions.

(b) To fraudulently inflate the true purchase prices by transferring the properties to coconspirators and associates while filing warranty deeds with tax stamps reflecting inflated purchase prices when, in fact, no money actually changed hands.

(c) To cancel liens securing outstanding mortgage loans on many of said properties and fraudulently obtain multiple new loans from federally insured financial

3

institutions and other lenders, so that the proceeds of each of the new loans could be disbursed for the benefit of defendant COX and his coconspirators, rather than to pay off existing mortgage loans secured by that property.

(d) To use and attempt to use stolen identities and aliases, including Allen James Duncan, Alex Antioch, Brandon Michael Green, James Lee Redd, Scott Braun, James R. Colon, Michael Kevin White, Rosita Perez and other unqualified "straw" borrowers, including KB, RLA, JB, BJK, TB/AB/AA, JP, SKS, JKF, LHM, SB, JC, DW, MTH, MKW and Urban Equity, Inc., a company controlled by defendant COX and his coconspirators, to obtain mortgage loans on said properties at fraudulently inflated amounts.

(e) To submit fraudulently inflated appraisals to federally insured financial institutions and other mortgage lenders in support of the inflated purchase prices and loan requests.

(f) To obtain a Clearwater property by forging a deed to transfer the property from the true owner, erasing prior mortgages and obtaining and attempting multiple new loans on the property in a stolen identity.

(g) To verify false borrower employment by using toll free numbers established in the names of shell and other companies, including Kaiser Financial Services, Express Tax Service and Express Financial Services, and by issuing income documents in such company names, including pay stubs, W2s, tax returns and Verifications of Employment and Rent, for submission to federally insured financial institutions and other mortgage lenders.

(h) To generate fake borrower assets by creating counterfeit bank statements of borrower accounts.

(i) To falsely represent on borrower applications and other documentation submitted to mortgage lenders that the property was to be the primary residence of the borrower.

(j) To cause that portion of the inflated mortgage loan proceeds in excess of the amounts needed to purchase the properties to be distributed for the benefit of defendant COX and his coconspirators.

(k) To file fraudulent liens on certain properties in the name of B. C. Lending and other shell companies controlled by defendant COX and his coconspirators for the companies to receive disbursements from fraudulently obtained mortgage loan proceeds.

(l) To obtain additional proceeds from these fraudulent loans through mortgage brokers fees paid by lenders to United Capital Trust (originally Diversified Mortgage Company) operated by defendant COX and his coconspirators.

(m) To generate more scheme proceeds for defendant COX and his coconspirators at Urban Equity by renting properties obtained through mortgage fraud.

(n) To negotiate checks containing mortgage loan fraud proceeds and rental payments through financial institutions, including bank accounts opened in stolen identities such as Michael Kevin White, for further distribution to defendant COX and his coconspirators.

(o) To use fraudulently obtained and stolen SSNs of minor children and some adults on mortgage loan applications, to obtain counterfeit state-issued

(h) To generate fake borrower assets by creating counterfeit bank statements of borrower accounts.

(i) To falsely represent on borrower applications and other documentation submitted to mortgage lenders that the property was to be the primary residence of the borrower.

(j) To cause that portion of the inflated mortgage loan proceeds in excess of the amounts needed to purchase the properties to be distributed for the benefit of defendant COX and his coconspirators.

(k) To file fraudulent liens on certain properties in the name of B. C. Lending and other shell companies controlled by defendant COX and his coconspirators for the companies to receive disbursements from fraudulently obtained mortgage loan proceeds.

(l) To obtain additional proceeds from these fraudulent loans through mortgage brokers fees paid by lenders to United Capital Trust (originally Diversified Mortgage Company) operated by defendant COX and his coconspirators.

(m) To generate more scheme proceeds for defendant COX and his coconspirators at Urban Equity by renting properties obtained through mortgage fraud.

(n) To negotiate checks containing mortgage loan fraud proceeds and rental payments through financial institutions, including bank accounts opened in stolen identities such as Michael Kevin White, for further distribution to defendant COX and his coconspirators.

(o) To use fraudulently obtained and stolen SSNs of minor children and some adults on mortgage loan applications, to obtain counterfeit state-issued

identification documents and to open bank accounts, mail drops and offices in those identities.

(p) To cause mortgage brokers, including United Capital Trust where defendant COX was a partner, to send le3nders interstate wire communications related to mortgage loans supported by false and misleading borrower qualifying information and inflated property valuations and to receive lender approvals for such loans based on the information submitted; to also cause title agencies to communicate with out-of-state lenders via interstate wires.

(q) To cause out-of-state lenders and lenders with out-of-state warehouse lines to wire transfer loan proceeds to closing agents in the Middle District of Florida based on the false representations regarding borrower qualifications and property valuations.

## Overt Acts

3. In furtherance of this conspiracy, and to effect the objects and purposes thereof, various overt acts were committed by the defendant and his coconspirators within the Middle District of Florida and elsewhere, including but not limited to the following:

(a) During the course of this conspiracy, on or about the below listed dates, in the Middle District of Florida, defendant MATTHEW BEVAN COX located properties in the Tampa, Florida area for sale at modest purchase prices, filed fraudulent warrant deeds reflecting inflated sales prices, arranged fraudulently inflated appraisals to support resale to unqualified "straw" borrowers, on occasion fraudulently erased prior liens, recruited and managed unqualified "straw" borrowers, prepared

materially false borrower qualifying information and supporting documentation regarding borrower identity, income, assets, liabilities, credit history and residency which were submitted to the following lenders and any subsequent purchasers of these mortgage loans and received disbursements fraudulently inflated loan proceeds which the defendant shared with coconspirators.

| QA (a) | Date | Borrower/ Property | Loan Amount/ Lender |
| --- | --- | --- | --- |
| 1 | 12/01/01 | KB/ 1252 East 113th Ave, Unit B-213 | $24,300/ America's Wholesale Lender |
| 2 | 12/01/01 | KB/ 1254 East 113th Ave, Unit C-210 | $24,300/ America's Wholesale Lender |
| 3 | 1/04/02 | KB/ 1262 East 113th Ave, Unit H-209 | $24,000/ Union Planters Bank |
| 4 | 1/04/02 | KB/ 1260 East 113th Ave, Unit G-211 | $27,000/ America's Wholesale Lender |
| 5 | 1/07/02 | KB/ 1262 East 113th Ave, Unit H-214 | $24,000/ Union Planters Bank |
| 6 | 1/07/02 | KB/ 1256 East 113th Ave, Unit E-208 | $24,000/ Union Planters Bank |
| 7 | 1/15/02 | KB/ 1264 East 113th Ave, Unit J-210 | $27,000/ America's Wholesale Lender |
| 8 | 1/30/02 | KB/ 2709 East Columbus | $82,000/ AmSouth Bank |

| QA (a) | Date | Borrower/ Property | Loan Amount/ Lender |
|---|---|---|---|
| 9 | 4/10/02 | KB/ 1258 East 113th Ave, Units F-203, 206 & 213 | $24,800 each/ Principal Residential Mortgage |
| 10 | 5/02/02 | KB/ 1264 East 113th Ave, Units J-106 & 108 | $24,800 each/ Pinnacle Direct Funding Corp |
| 11 | 5/20/02 | DW/ 104 West Amelia Ave | $106,500/ Aegis Mortgage Corporation |
| 12 | 5/20/03 | James Redd ID/ 2616 19th Street | $207,000/ Principal Residential Mortgage |
| 13 | 5/31/02 | BJK/ 601 West Euclid | $147,000/ The CIT Group/Consumer Finance |
| 13 | 6/21/02 | KB/ 1258 East 113th Ave, Unit F-205 | $24,800/ Principal Residential Mortgage |
| 15 | 6/28/02 | COX in Brandon Green ID/ 105 West Columbus Dr | $89,284/ BJK |
| 16 | 7/01/02 | JC/ 4114 West Empedrado | $114,900/ SIR |
| 17 | 8/06/02 | BJK/ 306 West Park | $130,000/ The CIT Group |
| 18 | 8/19/02 | BJK/ 507 West Warren | $102,000/ The CIT Group |
| 19 | 9/16/02 | COX in Brandon Green ID/ 407 East Gladys St | $188,000/ Ameriquest Mortgage Company |
| 20 | 9/23/02 | COX in Brandon Green ID/ 2812 Jefferson St | $185,400/ Ameriquest Mortgage Company |
| 21 | 9/30/02 | COX in Scott Braun ID/ 1304 24th Ave | $60,000/ BankUnited FSB |
| 22 | 11/25/02 | BJK/ 2420 East 7th Ave | $148,850/ Union Planters Bank |

8

| QA (a) | Date | Borrower/ Property | Loan Amount/ Lender |
|---|---|---|---|
| 23 | 12/12/02 | JSF/ 2614 North 19th St | $34,600/ Connolly Family Trust |
| 24 | 12/12/02 | JSF/ 2610 North 19th St | $34,600/ DC |
| 25 | 1/13/03 | COX in Scott Braun ID/ 2306 10th Ave | $184,500/ Countrywide Home Loans |
| 26 | 1/24/03 | BJK/ 912 East 20th Ave | $127,050/ Lakeland Regional Mortgage |
| 27 | 1/24/03 | BJK/ 3000 North 12th St | $84,000/ Lakeland Regional Mortgage |
| 28 | 2/05/03 | COX in Allen Duncan ID/ 1611 15th Ave | $46,250/ Gulf Atlantic Trust |
| 29 | 3/24/03 | COX in Allen Duncan ID/ 1611 East 15th Ave | $108,000/ SouthStar Funding |
| 30 | 4/04/03 | KB/ 8440 Pineridge Manor | $99,000/ SunTrust Bank |
| 31 | 4/08/03 | COX in Allen Duncan ID/ 2424 East 7th Ave | $184,500/ SouthStar Funding |
| 32 | 4/30/03 | RLA/ 3112 E Columbus Dr | $40,000/ LHM |
| 33 | 5/02/03 | Urban Equity/ 3102 East Columbus | $90,000/ LJB |
| 34 | 5/02/03 | Urban Equity/ 2418 East 17th Ave | $90,000/ LJB |
| 35 | 5/13/03 | LHM/ 708 East 9th Ave | $20,000/ First Commercial Bank of Tampa |
| 36 | 5/20/03 | COX as United Southern Capital, Inc./ 405 East Palm | $100,000/ Tom P. Martino, Inc. |
| 37 | 5/30/03 | COX in Allen Duncan ID/ 1016 East 26th Ave | $142,500/ Penntek Mortgage Services |
| 38 | 6/04/03 | COX in Allen Duncan ID/ 2012 East Columbus | $94,500/ Penntek Mortgage Services |

| QA (a) | Date | Borrower/ Property | Loan Amount/ Lender |
|---|---|---|---|
| 39 | 6/04/03 | COX in James Redd ID/ 2616 North 19th St | $207,100/ Principal Residential Mortgage |
| 40 | 6/17/03 | COX in James Redd ID/ 1013 East Columbus | $130,500/ AMNET Mortgage |
| 41 | 7/02/03 | RLA/ 907 East 23rd Ave | $177,650/ United Capital Mortgage |
| 42 | 7/11/03 | Urban Equity/ 2215 East Columbus | $75,000/ Equity Trust Company |
| 43 | 7/11/03 | Urban Equity/ 2220 East 17th Ave | $75,000/ Equity Trust Company |
| 44 | 7/11/03 | Urban Equity/ 3606 East 8th Ave | $75,000/ Duffau $75,000/ Equity Trust Company |
| 45 | 7/12/03 | Urban Equity/ 10 acres 10th Ave and 36th St | $75,000/ JMD & MGD |
| 45 | 7/11/03 | Urban Equity/ 10 acres 10th Ave and 36th St | $75,000 Equity Trust Company |
| 47 | 7/16/03 | COX in Allen Duncan ID/ 3109 N Taliaferro Ave | $96,000/ Union Planters Bank |
| 48 | 7/24/03 | BJK/ 1210 East 15th Ave | $78,750/ Argent Mortgage Company |
| 49 | 7/25/03 | COX in Allen Duncan ID/ 3112 East Columbus | $81,000/ Argent Mortgage Company |
| 50 | 8/06/03 | BJK/ 2822 Taliaferro | $149,600/ Argent Mortgage Company |
| 51 | 8/08/03 | KB/ 2709 East Columbus | $60,000/ LHM |
| 52 | 8/20/03 | Urban Equity & RLA/ 101, 103, & 105 East Amelia, & 1108 East Palm | $265,000/ HMH, PA Profit Sharing Trust |
| 53 | 8/26/03 | COX in James Redd ID/ 1611 East 15th Ave | $130,500/ Argent Mortgage |

| QA (a) | Date | Borrower/ Property | Loan Amount/ Lender |
|---|---|---|---|
| 54 | 8/26/03 | RLA/ 907 East 23rd Ave | $177,650/ United Capital Mortgage Corp. |
| 55 | 8/29/03 | BJK/ 1508 East 17th Ave | $78,000/ Tom P. Martino Inc. |
| 56 | 8/29/03 | BJK/ 1502 East 17th Ave | $78,000/ Tom P. Martino Inc. |
| 57 | 9/05/03 | TB/ 409 E. Amelia Ave | $147,682/ AmNet Mortgage Inc. |
| 58 | 9/11/03 | Cox in James Redd ID/ 2905 North 24th St | $72,000/ Argent Mortgage Company |
| 58 | 9/15/03 | JB/ 2106 Central Ave | $190,000/ Principal Residential Mortgage |
| 60 | 9/22/03 | RLA/ 702 East Columbus Dr | $120,000/Argent Mortgage Company |
| 61 | 9/22/03 | RLA/ 2816 North 12th St | $153,900/Argent Mortgage Company |
| 62 | 9/29/03 | Urban Equity/ 2323 East 7th Ave | $200,000/ Cigar City Investment Company |
| 63 | 10/06/03 | Urban Equity/ 2714 North 16th St | $120,000/ LB |
| 64 | 10/07/03 | James Redd ID/ 1521 East 17th | $104,800/ Fieldstone Mortgage Company |
| 65 | 10/15/03 | RLA/ 105 East Amelia | $180,000/ Fieldstone Mortgage |
| 66 | 10/15/03 | RLA/ 101 East Amelia | $180,000/ Fieldstone Mortgage |
| 67 | 10/15/03 | RLA/ 103 East Amelia | $180,000/ Fieldstone Mortgage |
| 68 | 10/23/03 | Urban Equity/ 1204 East Columbus | $120,000/ Equity Trust Company |
| 69 | 10/23/03 | Urban Equity/ 1204 East Columbus | $120,000/ Equity Trust Company |

| QA (a) | Date | Borrower/ Property | Loan Amount/ Lender |
|---|---|---|---|
| 70 | 11/17/03 | RLA/ 2102 East 17th Ave | $180,000/ People's Choice Home Loan |
| 71 | 12/01/03 | COX in Scott Braun ID/ 2312 East 10th Ave | $126,000/ Lakeland Regional |
| 72 | 12/02/03 | RLA/ 105 East Amelia | $178,000/ Option One Mortgage |
| 73 | 12/06/03 | RM & KB/ 2908 East Lake Ave | $71,200/ Union Planters Bank |
| 74 | 12/19/03 | COX in Allen Duncan ID/ 1016 East 26th Ave | $142,500/ Southstar Funding-Chase Bank |
| 75 | 12/29/03 | COX in James Redd ID/ 601 West Euclid | $250,000/ SunTrust Bank |
| 76 | 1/05/04 | RLA/ 105 East Amelia | $195,000/ SunTrust Bank |
| 77 | 1/07/04 | COX in James Redd ID/ 1611 East 15th Ave | $130,500/ Argent Mortgage Company |

(b) On or about April 25, 2002, in the Middle District of Florida, defendant MATTHEW BEVAN COX acquired the distressed, three-unit apartment building at 403 East Amelia Avenue, deeded it to himself as Bevan Cox and thereafter arranged eight mortgage loans totaling $994,750,000 from lenders, including CIT Finance, Finance America, Tom Martino, Inc. and Eastern Savings Bank, by erasing prior mortgages with satisfactions witnessed by defendant COX in his Lee R. Black alias and notarized with the DW seal.

(c) In or about June 2002, in the Middle District of Florida, defendant MATTHEW BEVAN COX acquired the 95 year old building located at 105 West Columbus Drive for $90,000, filed a warranty deed listing an inflated purchase price of

12

$244,500 and thereafter obtained a $196,000 mortgage loan on the property from Principal Residential Mortgage in his Brandon Michael Green alias.

(d) In or about July 2002, in the Middle District of Florida, defendant MATTHEW BEVAN COX acquired 2921 North Ninth Street for about $60,000, filed a warranty deed listing an inflated purchase price of $152,500 and thereafter obtained a $122,000 mortgage loan on the property in his Brandon Michael Green alias.

(e) In or about September 2002, in the Middle District of Florida, defendant MATTHEW BEVAN COX acquired 2812 Jefferson Street, 407 Gladys Street and 1214 Twelfth Avenue for $250,000, filed warranty deeds listing inflated purchase prices totaling $600,000 and thereafter obtained $540,000 in mortgage loans on the properties in his Brandon Michael Green alias.

(f) In or about August 2002, May 2003 and August 2003, in the Middle District of Florida, defendant MATTHEW BEVAN COX and his coconspirators at Urban Equity convinced JP to purchase 408 East Amelia Avenue, 404 Park Avenue, and 410 East Amelia Avenue with $370,000 in mortgage loans obtained for her by United Capital Trust with false borrower qualifying information and inflated property valuations.

(g) In or about June, September, October and December 2004 and January 2004, in the Middle District of Florida, defendant MATTHEW BEVAN COX in his James Redd alias obtained $894,000 in mortgage loans on 2616 North Nineteenth Street, 1521 East Seventeenth Street, 601 West Euclid and 1611 East Fifteenth Avenue by submitting false qualifying information to Principal Residential Mortgage, Fieldstone Mortgage, SunTrust Bank and Argent Mortgage; in addition, defendant COX so obtained $744,000 in his Allen Duncan alias and $248,900 in his James J. Colon alias, using fraudulent drivers licenses and SSNs in those identities.

(h) On or about July 31, 2003, in the Middle District of Florida, defendant MATTHEW BEVAN COX and his coconspirators at Urban Equity acquired 101, 103 and 105 East Amelia Avenue with a $225,000 loan and on the same day filed deeds falsely reflecting the sales to individuals associated with Urban Equity being 101 East Amelia to JC for $233,000, 103 East Amelia to JB for $229,000 and 105 East Amelia to RLA for $226,500; thereafter, on or about October 15, 2003, coconspirator RLA obtained a $180,000 Fieldstone loan on 105 East Amelia which defendant COX fraudulently erased with a forged Fieldstone satisfaction notarized in his Edward Ringer, Jr. alias so that RLA could obtain two additional mortgages on this property, including a $178,000 loan from Option One and a $195,000 from SunTrust Bank, as well as $180,000 Fieldstone mortgage loans on both 101 and 105 East Amelia.

(i) In or about July, 2003, in the Middle District of Florida, defendant MATTHEW BEVAN COX caused the forged signature of Tom Martino, a principal of lender Tom Martino, Inc. (TMI), to be affixed to a fraudulent satisfaction of the $100,000 TMI loan secured by 405 East Palm.

(j) In or about July, 2003, in the Middle District of Florida, defendant MATTHEW BEVAN COX in his James Monk alias arranged for coconspirator AB to rent 2410 Falcon Lane in her stolen Rosita Perez identity, transferred the property to her without the knowledge or consent of the true owner, erased the true owner's mortgage with a forged lender signature and bogus notary and attempted multiple mortgage loans from Wells Fargo Bank and other lenders in the Perez alias, successfully obtaining a $117,000 America's Mortgage loan.

(k) On or about August 20, 2003, in the Middle District of Florida, in preparation for obtaining fraudulently inflated mortgage loans on 104 West Amelia Avenue, defendant MATTHEW BEVAN COX and his coconspirators acquired control of this boarding house which was unfit for habitation and worth less than $20,000; and on or about September 30, 2003, defendant COX filed a warranty deed with a bogus Edward Ringer, Jr. notary stamp documenting the sale by conspirator DW to defendant COX in his Alex Antioch alias for $552,000 when no money actually changed hands.

(l) On or about September 30, 2003, in the Middle District of Florida, defendant MATTHEW BEVAN COX paid the tax on the $552,000 purported "sale" of 104 West Amelia Avenue.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURES

1. Upon conviction of the offenses alleged in Counts One of this Criminal Information, defendant MATTHEW BEVAN COX shall forfeit to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), and 28 U.S.C. § 2461(c) any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of the said violations.

2. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third person;

  (c) has been placed beyond the jurisdiction of the Court;

15

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant Title 18, United States Code, Section 982 (b) and 21 United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

PAUL I. PEREZ
United States Attorney

By: _____
ROBERT A. MOSAKOWSKI
Assistant United States Attorney

By: _____
ROBERT E. O'NEILL
Assistant United States Attorney
Chief, Criminal Division